```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MIGUEL RODRIGUEZ LUGO, RICHARD         :
MACAS, HERNAN G. CORAIL SR., and       :
HERNAN M. CORAIL JR.,                  :       ORDER
              Plaintiffs,              :
                                       :       18 CV 3564 (VB)
v.                                     :
                                       :
MICHAEL A. BORDES and JEDSON           :
COMPANY LLC,                           :
              Defendants.              :
--------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/14/18

    On August 13, 2018, the parties in this Fair Labor Standards Act case filed a joint application for approval of their settlement agreement, consisting of a detailed letter explaining the agreement, and attaching the proposed settlement agreement itself, for approval by the Court, as required by Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015). (Doc. #9).

    The Court has considered the following factors: (i) the parties' position as to the proper valuation of plaintiffs' claims; (ii) the risks and costs of continuing to litigate; (iii) plaintiffs are represented by counsel; (iv) the release of claims is tailored to wage and hour claims arising before the filing of the settlement agreement; and (v) the settlement agreement was translated for plaintiffs for whom such translation was needed.

    The Court finds that the settlement is fair and reasonable, and the product of arm's-length negotiation, not fraud or collusion. Moreover, the Court finds the attorney's fees to be fair and reasonable under the circumstances.

    Accordingly, the parties' settlement agreement (Doc. #9-1) is hereby APPROVED.

    It is hereby ORDERED that this action is dismissed.

    The Clerk is instructed to close this case.

Dated: August 14, 2018
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge